# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ESTRADA, | Case No: 2:17-CV-01043-AJW |
| Plaintiff | [PROPOSED] JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: December 22, 2017

THE HONORABLE ANDREW J. WISTRICH
United States Magistrate Judge

-1-